United States Casualty Company, Appellant, v. Arthur C. Hume, Individually and as Receiver, etc., Defendant. Arthur C. Hume, Individually, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Marie Donohue and Another, Respondents, v. Moranti & Raymond, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Orion N. Steelman and Another, Respondents, v. I. Arthur Ganger, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Dorian De Millo, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.